United States District Court
Southern District of Texas
**ENTERED**
August 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOAN COUTEE | § | |
| | § | CIVIL ACTION NO. 4:18-cv-00833 |
| V. | § | |
| | § | |
| SAM'S EAST, INC. | § | |

## ORDER GRANTING DEFENDANT SAM'S EAST, INC.'S MOTION FOR LEAVE TO DESIGNATE ALBERT FRAZIER AS A RESPONSIBLE THIRD PARTY

BE IT REMEMBERS that on this day came for consideration, Defendant SAM'S EAST, INC.'s Motion for Leave to Designate Albert Frazier as a Responsible Third Party, pursuant to Section 33.004(a) of the TEXAS CIVIL PRACTICE AND REMEDIES CODE. The Court has reviewed the Motion, Response (if any) and other pleadings, and is of the opinion that said Motion is in all things good and should be granted.

IT IS THEREFORE ORDERED ~~and DECREED~~ that Defendant's Motion for Leave to Designate Albert Frazier as a Responsible Third Party is GRANTED.

IT IS FURTHER ORDERED ~~and DECREED~~ that Albert Frazier be designated as a Responsible Third Party.

SIGNED this **9th** day of **August**, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE